# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| ROBERT FLYNN, | : | CIVIL ACTION NO. 3:12-2559 |
|---|---|---|
| Plaintiff | : | (JUDGE MANNION) |
| v. | : | |
| BOROUGH OF JERMYN, et al., | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion to dismiss the plaintiff's complaint, **(Doc. No. 4)**, is **GRANTED**;

**(2)** the plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and

**(3)** the Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 26, 2013**